UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BOBBY M. JONES (#359474)

VERSUS                                                    CIVIL ACTION NO.: 09-359-JVP-DLD

JOE LARMARTINIERE, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 17, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiffs' claims shall be **DISMISSED** as frivolous within the meaning of 28 U.S.C. §§ 1915(e) and 1915A.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 14th, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA